IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GERARDO LEYVA,**

        **Plaintiff,**

**vs.**                                    **NO. 2:15-cv-0221 KG/CG**

**GENERAL NUTRITION CORPORATION,**
**d/b/a GNC LIVE WELL,**

        **Defendant.**

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR**
**<u>LEAVE TO FILE SUR-REPLY</u>**

    THIS MATTER came before the Court on Defendant's Unopposed Motion for Leave to File Sur-Reply. The Court, having been advised of the circumstances and that Plaintiff does not oppose Defendant's motion, hereby finds that the motion is well-taken and shall be GRANTED.

    IT IS SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**FOSTER, RIEDER & JACKSON, P.C.**

By /s/ Lexi Jones
   Geoffrey D. Rieder
   Lexi W. Jones
   Foster, Rieder & Jackson, P.C.
   201 Third Street, NW, Suite 1500
   Albuquerque, NM  87102
   (505) 767-0577


APPROVED:

**CARRILLO LAW FIRM, P.C.**


By: By: Approved via email on 6/4/2015
   Raúl A. Carrillo, Jr.
   Yosef W. Abraham
   P.O. Box 457
   Las Cruces, NM 88004
   (575) 647-3200