IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERARDO LEYVA,

        Plaintiff,

vs.   NO. 2:15-cv-0221 KG/CG

GENERAL NUTRITION CORPORATION,
d/b/a GNC LIVE WELL,

        Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court on the request of the Parties to dismiss this action with prejudice, each party to bear their own costs and attorney's fees, the Court being fully advised that the parties have resolved their differences,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, each Party to bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**FOSTER, RIEDER & JACKSON, P.C.**

/s/Lexi W. Jones
_____

Geoffrey D. Rieder
Lexi W. Jones
Foster, Rieder & Jackson, P.C.
201 Third Street, NW, Suite 1500
Albuquerque, NM 87102
(505) 767-0577


**CARRILLO LAW FIRM, P.C.**

/s/Raúl A. Carrillo, Jr.
_____

Raúl A. Carrillo, Jr.
Yosef W. Abraham
P.O. Box 457
Las Cruces, NM 88004
(575) 647-3200